UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARY W. GREMP,

        Plaintiff(s),

v.

SARAH LITTLE, et al.,

        Defendant(s).

No. C CV 08 2303 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/15/08

Signature _____

Counsel for Defendant SONOMA COUNTY
(Plaintiff, Defendant, or indicate "pro se")