**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 16, 2008**

**CASE NUMBER:  CV 08-02303 EDL**
**CASE TITLE:  LARY W. GREMP-v-SARAH LITTLE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 7/16/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA