Jordan S. Stanzler (SBN 54620)
STANZLER FUNDERBURK & CASTELLON LLP
2275 E. Bayshore Rd., Suite 100
Palo Alto, CA 94303
Telephone:   (650) 739-0200
Facsimile:   (650) 617-6888

Attorneys for Plaintiff
LARY W. GREMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>            Plaintiff,<br><br>      v.<br><br>SARAH LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>            Defendants. | Case No.  C- 08-2303 PJH<br><br>[PROPOSED] ORDER |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The Court having reviewed and considered Plaintiffs' Administrative Motion To Consider Whether Cases Should be Related, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion is GRANTED and that this action is assigned to the Honorable Maxine M. Chesney.


Dated: _____          _____
                                United States District Court

[Proposed] Order re Administrative Motion re Related Case