1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2479 E. Bayshore Rd., Suite 703
   Palo Alto, CA 94303
3  Telephone:    (650) 739-0200
   Facsimile:    (650) 739-0916
4

5  Attorneys for Plaintiff
   LARY W. GREMP
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE; SONOMA COUNTY, and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>　　　　　Defendants. | Case No. C 08-2303<br><br>Complaint Filed: May 2, 2008<br><br>NOTICE OF CHANGE OF ADDRESS |

   PLEASE TAKE NOTICE that the address for Stanzler Funderburk & Castellon LLP, attorneys of record for Plaintiff LARY W. GREMP has changed to:

   Stanzler Funderburk & Castellon LLP
   2275 E. Bayshore Rd., Suite 100
   Palo Alto, CA 94303
   Telephone: (650) 739-0200
   Facsimile: (650) 739-0916

DATED: July 22, 2008          STANZLER FUNDERBURK & CASTELLON LLP

                              By: _____/s/ Jordan S. Stanzler_____
                                       Jordan S. Stanzler

                              Attorneys for Plaintiff LARY W. GREMP

Notice of Change of Address

**PROOF OF SERVICE**
[C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

I, Sharran L. Rodd, state:

I am a citizen of the United States. My business address is 2275 E. Bayshore Rd., Suite 100, Palo Alto, CA 94303. I am employed in the City of Palo Alto, County of Santa Clara where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**NOTICE OF CHANGE OF ADDRESS**

on the following person(s) in this action by FIRST CLASS MAIL addressed as follows:

Raymond Fullerton, Esq.
Geary, Shea, O'Donnell, Grattan & Mitchell, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404

X:  BY FIRST CLASS MAIL - I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

:   BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to counsel at the numbers indicated after the address(es) noted above.

:   BY PERSONAL SERVICE - I caused to be served each envelope(s) by hand to the offices located at the above addresses.

:   BY OVERNIGHT DELIVERY - I caused said document to be transmitted by Federal Express (FedEx priority overnight) to counsel at the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Palo Alto, California.

Dated: July 22, 2008

_____
Sharran L. Rodd