```
Jordan S. Stanzler (SBN 54620)
STANZLER FUNDERBURK & CASTELLON LLP
2275 E. Bayshore Rd., Suite 100
Palo Alto, CA 94303
Telephone:   (650) 739-0200
Facsimile:    (650) 739-0916

Attorneys for Plaintiff
LARY W. GREMP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>    Plaintiff,<br><br>v.<br><br>SARAH LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>    Defendants. | Case No. C- 08-2303 PJH<br><br>ADMINISTRATIVE MOTION TO RESCHEDULE JOINT CASE MANAGEMENT CONFERENCE<br><br>Initial Case Management Conference: August 7, 2008 2:30 pm<br><br>Complaint filed May 2, 2008 |

    Plaintiff respectfully requests that the Joint Case Management Conference Statement due on July 31, 2008 and the Initial Case Management Conference scheduled for August 7, 2008 be rescheduled for the following reasons, including the fact that no defendant has filed an appearance in this case.

    The Complaint was filed in this case on May 2, 2008.

    The First Amended Complaint was filed on July 23, 2008, before any defendant filed an answer.

    The County of Sonoma was served on July 8, 2008.

    The Sheriff of Sonoma County was served on July 8, 2008.

    Defendants Sarah Little, Kathleen DeLoe, Patrick Taylor and Glen Van Schaack have not been served with a copy of the summons and complaint as of this time.

Administrative Motion re Joint CMC

Plaintiffs have also filed an administrative motion before Judge Chesney seeking to transfer the case to Judge Chesney.

On July 23, 2008, the undersigned counsel wrote to counsel for the County, asking if they were going to accept service on behalf of Defendants Little and DeLoe. No response has been received to that letter. The undersigned counsel also followed up with a telephonic voice mail message to counsel for the County on July 29, 2008. No response has been received to that message.

Accordingly, Plaintiff respectfully requests that the dates for the Joint Case Management Conference Statement and the Case Management Conference be rescheduled.

Respectfully Submitted,

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
Jordan S. Stanzler

Attorneys for Plaintiff Lary W. Gremp

Administrative Motion re Joint CMC          2