1 | Jordan S. Stanzler (SBN 54620)
　　| STANZLER FUNDERBURK & CASTELLON LLP
2 | 2275 E. Bayshore Rd., Suite 100
　　| Palo Alto, CA 94303
3 | Telephone:   (650) 739-0200
　　| Facsimile:    (650) 617-6888
4 |
　　| Attorneys for Plaintiff
5 | LARY W. GREMP

6 　　　　　　　　　　　UNITED STATES DISTRICT COURT

7 　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

8

9 | LARY W. GREMP,                         )  Case No. C-08-2303 PJH
　　|                                          )
　　|         Plaintiff,                      )
10 |                                         )  [PROPOSED] ORDER
　　|     v.                                  )
11 |                                         )
　　| SARAH LITTLE; PATRICK TAYLOR; GLENN     )
12 | H. VAN SCHAACK; KATHLEEN DELOE,          )
　　| SONOMA COUNTY and BILL COGBILL, in his  )
13 | capacity as Sheriff of Sonoma County,    )
　　|                                         )
14 |         Defendants.                      )
　　|                                         )
15

16

17

18 **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

19 The Court having reviewed and considered Plaintiffs' Administrative Motion To

20 Reschedule Initial Joint Case Management Conference, and good cause appearing,

21 IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion is GRANTED and

22 that the Initial Joint Case Management Conference is continued to September 17, 2008. The

23 Joint Case Management Statement must be filed on or before September 10, 2008.

24

25

26 　　　Dated: _____         _____
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
27

28
[Proposed] Order re Administrative Motion to Reschedule CMC