1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2275 E. Bayshore Rd., Suite 100
   Palo Alto, CA 94303
3  Telephone:    (650) 739-0200
   Facsimile:    (650) 617-6888
4
   Attorneys for Plaintiff
5  LARY W. GREMP

6              UNITED STATES DISTRICT  COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8
   LARY W. GREMP,                    )   Case No.  C- 08-2303 PJH
9                                    )
                Plaintiff,           )
10                                   )   [PROPOSED] ORDER
          v.                         )
11                                   )
   SARAH LITTLE; PATRICK TAYLOR; GLENN )
12 H. VAN SCHAACK; KATHLEEN DELOE,   )
   SONOMA COUNTY and BILL COGBILL, in his )
13 capacity as Sheriff of Sonoma County, )
                                     )
14              Defendants.          )
                                     )
15 _____)

16

17

18        **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

19        The Court having reviewed and considered Plaintiffs' Administrative Motion To

20 Reschedule Initial Joint Case Management Conference, and good cause appearing,

21        IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion is GRANTED and

22 that the Initial Joint Case Management Conference is continued to September 17, 2008.  The

23 Joint Case Management Statement must be filed on or before September 10, 2008.

24

25

26   Dated:  7/31/08 _____        _____
                                       United St...
27                                     IT IS SO ORDERED
                                       Judge Phyllis J. Hamilton
28
   [Proposed] Order re Administrative Motion to Reschedule CMC