**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP, | No. C-08-2303 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF SECOND AMENDED COMPLAINT** |
| v. | |
| SARAH LITTLE, et al., | |
| Defendants / | |

On July 31, 2008, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than August 29, 2008, a chambers copy of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2008

MAXINE M. CHESNEY
United States District Judge