STEVEN C. MITCHELL, ESQ., SBN 124644
RAYMOND J. FULLERTON, ESQ., SBN 219264
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY SHEA O'DONNELL GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendants
KATHLEEN DELOE, SONOMA COUNTY
and BILL COGBILL, in his capacity as
Sheriff of Sonoma County

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SARA LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>　　　　　Defendants.　　　　／ | CASE NO: CV 08-2303 MMC<br><br>[proposed]<br>**ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF MAY BE GRANTED**<br><br>[FRCP 12(b)(6)]<br><br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Ctrm.: 7, 19th Floor<br><br>Honorable Maxine Chesney |

Defendants KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL filed a motion to dismiss pursuant to FRCP 12(b)(6). Upon the consideration of the moving and opposition papers, and oral argument if applicable, the court hereby orders as follows:

Defendants Kathleen Deloe, Sonoma County and Bill Cogbill's motion to dismiss plaintiff's Second and Third Claims for Relief is hereby GRANTED. Plaintiff failed to comply, and plead compliance with the presentation requirements of California's Tort Claim Act. Given that the time to present a state tort claim has expired the dismissal shall be with prejudice.

//

1  Defendants Kathleen Deloe, Sonoma County and Bill Cogbill's motion to dismiss
2  plaintiff's First Cause of action, to the extent it is premised on an alleged violation of the Sixth
3  Amendment to the United States Constitution is hereby GRANTED.  Plaintiff's claim for relief
4  is not permitted by federal law and he has failed to plead facts sufficient to establish a violation
5  of the Sixth Amendment.
6  Defendant Kathleen Deloe's motion to dismiss each and every cause of action alleged
7  against her is GRANTED WITH PREJUDICE.  Plaintiff's claims against Deloe are barred by
8  absolute prosecutorial immunity.  See *Kalina v. Fletcher, supra,* 52 US 118 (1997).
9  Defendant Bill Cogbill motion to dismiss each and every cause of action alleged against
10 him is GRANTED.  Plaintiff's Second Amended Complaint fails to allege facts sufficient to
11 support liability on any theory alleged.

13 **SO ORDERED**

14 Dated: _____

15

16                                              By: _____
                                                   U.S. District Court Judge

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.

Order on Defendants' Motion to Dismiss [12(b)(6)]                               Page -2-

Case No: C 08 2303 MMC                              U.S. District Court, Northern District of California

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Geary, Shea, O'Donnell, Grattan & Mitchell, 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404.

On August 20, 2008, I served the attached:

**[PROPOSED] ORDER ON MOTION TO DISMISS FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF MAY BE GRANTED**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Jordan S. Stanzler, Esq.<br>Stanzler Funderburk & Castellon LLP<br>2275 E. Bayshore Road, Suite 100<br>Palo Alto, CA 94303 | Telephone: (650) 739-0200<br>Facsimile: (650) 617-6888<br>Attorney for Plaintiff<br>LARY W. GREMP |

/ X / (BY MAIL) I placed a copy of the above-described document in sealed envelope, with postage thereon fully prepared for First-Class Mail, addressed to the parties as set forth above, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Geary, Shea, O'Donnell, Grattan & Mitchell for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY OVERNIGHT DELIVERY, PURSUANT TO CCP '1013(c)) I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices of Geary, Shea, O'Donnell, Grattan & Mitchell. I am readily familiar with the practices of Geary, Shea, O'Donnell, Grattan & Mitchell for processing overnight correspondence, said practice being that in the ordinary course of business, correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

/_/ (BY FACSIMILE) I caused the above-described document to be transmitted, pursuant to Rule 2008, by facsimile machine (which complies with Rule 2003(3)) to the parties at the number(s) indicated after the address(es) noted above. The transmission was reported as complete and without error.

/_/ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the parties at the address(es) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on August 20, 2008.

_____
Michelle A. Stewart

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

87004.409