1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2275 E. Bayshore Rd., Suite 100
   Palo Alto, CA 94303
3  Telephone:   (650) 739-0200
   Facsimile:   (650) 739-0916
4
   Attorneys for Plaintiff
5  LARY W. GREMP

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8
   LARY W. GREMP,                      )   Case No. C-08-2303 MMC
9                                      )
              Plaintiff,               )   STIPULATION/ORDER
10                                     )
       v.                              )   Initial Case Management
11                                     )   Conference: September 19, 2008
   SARAH LITTLE; PATRICK TAYLOR; GLENN )
12 H. VAN SCHAACK; KATHLEEN DELOE,     )
   SONOMA COUNTY and BILL COGBILL, in his )
13 capacity as Sheriff of Sonoma County, )  Complaint filed May 2, 2008
                                       )
14            Defendants.              )
                                       )
15

16

17        IT IS HEREBY STIPULATED between the parties as follows:

18        Plaintiff's counsel respectfully requests that the Case Management Conference scheduled

19 for September 19, 2008 be rescheduled to October 10, 2008, for the following reasons:

20        1.     Plaintiff's counsel has pre-paid transportation tickets to be in Europe, leaving on

21 September 19, 2008. He had previously planned this trip with the expectation that the Case

22 management Conference would be held on its originally scheduled date, September 17, 2008.

23        2.     Defendants County of Sonoma, Kathleen DeLoe and Bill Cogbill, in his capacity

24 as Sheriff of Sonoma County have filed a motion to dismiss under Rule 12(b)(6) to be heard on

25 October 10, 2008. Until that motion is heard, it will not be known who the proper parties are,

26 what all the issues are, and what discovery will be needed as to those parties, making the

27 preparation of a joint Case Management Conference Statement somewhat uncertain.

28
   STIPULATION/ORDER RE CMC

1      3.     Defendants Sara Little, Patrick Taylor and Glenn H. Van Schaack have not yet appeared in the action.

    4.     Counsel for Defendants Sonoma County, Kathleen DeLoe and Bill Cogbill have no objection to the rescheduling of the Case Management Conference.

IT IS SO STIPULATED.

Dated: September 2, 2008     STANZLER FUNDERBURK & CASTELLON LLP

By: _____
    Jordan S. Stanzler

Attorneys for Plaintiff LARY W. GREMP

Dated: September 2, 2008     GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By: _____
    Raymond J. Fullerton
    Attorney for Defendants
    Sonoma County, Kathleen DeLoe and Bill Cogbill

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____
    United States District Court Judge

STIPULATION/ORDER RE CMC     2