United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARY W. GREMP,

        Plaintiff,

  v.

SARAH LITTLE, et al.,

        Defendants

No. 08-2303 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANTS LITTLE, TAYLOR AND VAN SCHAACK SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE**

"If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period . . . ." Fed. R. Civ. P. 4(m).

On May 2, 2008, plaintiff filed the instant action. To date, plaintiff has not filed proof of service of the summons and complaint upon defendants Sarah Little, Patrick Taylor, or Glenn H. Van Schaack. Pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 26, 2008, why plaintiff's claims against Sarah Little, Patrick Taylor and Glenn H. Van Schaack should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: September 4, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge