1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2275 E. Bayshore Rd., Suite 100
   Palo Alto, CA 94303
3  Telephone:   (650) 739-0200
   Facsimile:   (650) 739-0916
4

5  Attorneys for Plaintiff
   LARY W. GREMP
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  LARY W. GREMP,                          )  Case No. C 08-2303
                                           )
10              Plaintiff,                 )  Complaint Filed: May 2, 2008
                                           )
11         v.                              )
                                           )  PROOF OF SERVICE OF SUMMONS
12 SARAH LITTLE; PATRICK TAYLOR; GLENN     )  AND COMPLAINT UPON
   H. VAN SCHAACK; KATHLEEN DELOE;         )  DEFENDANT GLENN H. VAN
13 SONOMA COUNTY, and BILL COGBILL, in     )  SCHAACK
   his capacity as Sheriff of Sonoma County,)
14                                         )
                Defendants.                )
15 _____)

28 PROOF OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jordan S. Stanzler, 54620<br>STANZLER, FUNDERBURK, ET AL<br>2479 E Bayshore Road Suite 706<br>Palo Alto, CA 94303<br>TELEPHONE NO.: (650) 739-0200<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Gremp | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Little, et al. | CV 08 2303 EDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Gremp.2 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: - see attached list - Summons In A Civil Action; Complaint; First Amended Complaitn; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re Case Management Conference; Contents of Joint Case Management Statement; Office Hours; Drop Box Filing Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial; Consent to Proceed Before a United States

3. a. Party served: Glen H. Van Schaack

   b. Person Served: party in item 3a

4. Address where the party was served: 10815 Ottawa Court
   Bakersfield, CA 93312

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 8/3/2008   (2) at (time): 10:27 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. Person who served papers
   a. Name:          Jackie Brazeal
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 59.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 476
         (iii) County KERN

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 8/4/2008

Jackie Brazeal
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 6667488

## Attached List

Summons In A Civil Action;

Complaint;

First Amended Complaint;

Civil Cover Sheet;

Order Setting Initial Case Management Conference and ADR Deadlines;

Standing Order Re Case Management Conference;

Contents of Joint Case Management Statement;

Office Hours;

Drop Box Filing Procedures;

Notice of Assignment of Case To A United States Magistrate Judge for Trial;

Consent to Proceed Before a United States Magistrate Judge;

Declaration to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge;

ECF Registration Information Handout

BY FAX