1  Jordan S. Stanzler (SBN 54620)
   STANZLER FUNDERBURK & CASTELLON LLP
2  2275 E. Bayshore Rd., Suite 100
   Palo Alto, CA 94303
3  Telephone:   (650) 739-0200
   Facsimile:    (650) 739-0916
4

5  Attorneys for Plaintiff
   LARY W. GREMP
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  LARY W. GREMP,                          )   Case No. C 08-2303 MMC
                                           )
10              Plaintiff,                 )   Complaint Filed: May 2, 2008
                                           )
11         v.                              )
                                           )   PROOF OF SERVICE OF SUMMONS
12 SARAH LITTLE; PATRICK TAYLOR; GLENN )   AND COMPLAINT UPON
   H. VAN SCHAACK; KATHLEEN DELOE;         )   DEFENDANT PATRICK TAYLOR
13 SONOMA COUNTY, and BILL COGBILL, in     )
   his capacity as Sheriff of Sonoma County, )
14                                         )
                Defendants.                )
15 _____ )

28 PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Jordan S. Stanzler, 54620<br>STANZLER, FUNDERBURK, ET AL<br>2479 E Bayshore Road<br>Palo Alto, CA 94303 | (650) 739-0200 | |
| | Ref. No. or File No.<br>Gremp.2 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

Gremp

DEFENDANT

Little, et al.

| **PROOF OF SERVICE** | DATE | TIME: | DEPT/DIV | CASE NUMBER:<br>CV 08 2303 MMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action (Second Amended Complaint), Second Amended Complaint, Order, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Standing Order Re Case Management Conference, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement

2. Party Served:        Patrick Taylor

3. Person Served:       party in item 2

  a. Left with:         Janet Taylor, Wife- Co-Occupant

4. Date & Time of Delivery:  8/20/2008        7:47 PM

5. Address, City and State:  7004 Peninsula Way
                             Elk Grove, CA 95758

6. Manner of Service:   By leaving the copies with or in the presence of Janet Taylor, Wife, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

78.25

Registered California process server,
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/26/2008 at Oakland, California.

Signature: _____
           Tyler Dimaria

FF# 6668713

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jordan S. Stanzler, 54620<br>STANZLER, FUNDERBURK, ET AL<br>2479 E Bayshore Road<br>Palo Alto, CA 94303 | (650) 739-0200 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No<br>Gremp.2 | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF**

Gremp

**DEFENDANT**

Little, et al.

| PROOF OF SERVICE BY MAIL | DATE | TIME: | DEPT/DIV. | CASE NUMBER:<br>CV 08 2303 MMC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 8/26/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action (Second Amended Complaint), Second Amended Complaint, Order, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Standing Order Re Case Management Conference, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Patrick Taylor
7004 Peninsula Way
Elk Grove, CA 95758

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

78.25

Lee Major
Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 8/26/2008 at Oakland, California.

*Lee Major*

FF# 6668713