STEVEN C. MITCHELL, ESQ., SBN 124644
RAYMOND J. FULLERTON, ESQ., SBN 219264
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, PC
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
SONOMA COUNTY, BILL COGBILL,
SARAH LITTLE and KATHLEEN DELOE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARY W. GREMP,

        Plaintiff,

vs.

SARAH LITTLE, PATRICK TAYLOR, GLENN H. VAN SCHAACK, KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,

        Defendants.

CASE NO: C 08 2303 MMC

**STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**

The parties to the actions set forth above, by and through their respective counsel, hereby stipulate, agree, and respectfully request the court to enter an order continuing the Case Management Conference currently set for November 7, 2008 at 10:30 a.m. until November 28, 2008 at 10:30 a.m.

The parties have filed a Notice of Need for ADR Phone Conference. The ADR Phone Conference has not yet been scheduled. This brief continuance will allow the parties to conduct the ADR phone conference, reach an agreement, and schedule a form of ADR.

Additionally, defendant Sarah Little has not yet appeared in the case. Per agreement of the parties, her answer will be filed later this week.

Further, Tom Blake, attorney for defendants Patrick Taylor and Glenn H. Van Schaack, is

currently in trial in Courtroom 8 before Judge Charles R. Breyer. This brief continuance will allow Mr. Blake to participate in preparation of the Joint Case Management Conference Statement and potentially resolve outstanding issues before the conference. Mr. Blake has stipulated to this continuance, however, due to his trial schedule, has not reviewed the stipulation prior to filing.

Dated: November 4, 2008

/s/
JORDAN STANZLER,
Attorney for Plaintiff
LARY W. GREMP

Dated: November 4, 2008

/s/
RAYMOND J. FULLERTON
Attorneys for Defendants
SONOMA COUNTY, BILL COGBILL,
SARAH LITTLE and KATHLEEN DELOE

Dated: November 4, 2008

TOM BLAKE
Attorneys for Defendants
PATRICK TAYLOR and
GLENN H. VAN SCHAACK

### ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

The Case Management Conference in this matter is continued to ~~November 28~~ December 19, 2008, at 10:30 a.m., before the Honorable Maxine M. Chesney.    November 28, 2008 is a court holiday.

IT IS SO ORDERED.

Dated: November 5, 2008

HON. MAXINE M. CHESNEY
District Court Judge

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 2 -
Stipulation and Order Re: Continuance of Settlement Conference