IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP, | No. C-08-2303 MMC |
|     Plaintiff, | **ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
|   v. | |
| SONOMA COUNTY, et al., | |
|     Defendants | |

Before the Court is the "Request for Telephonic Appearance at Case Management Conference," filed December 8, 2008, by defendants Sonoma County, Bill Cogbill and Sarah Little.

Good cause appearing therefrom, the request is hereby GRANTED, and, further, all parties are hereby ORDERED to appear telephonically at the December 19, 2008 Case Management Conference.

**IT IS SO ORDERED.**

Dated: December 17, 2008

                                      MAXINE M. CHESNEY
                                      United States District Judge