IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP, | No. C-08-2303 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO APPEAR AT JUNE 5, 2009 STATUS CONFERENCE** |
| v. | |
| SONOMA COUNTY, et al., | |
| Defendants / | |

Before the Court is the parties "Stipulation and [Proposed] Order," filed May 19, 2009.

The parties are hereby DIRECTED to appear at a Status Conference, to be conducted June 5, 2009, at 10:30 a.m., at which time the Court will address the parties' stipulation.

No additional statement is required.

**IT IS SO ORDERED.**

Dated: May 29, 2009

MAXINE M. CHESNEY
United States District Judge