IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARY W. GREMP,

    Plaintiff,

  v.

SARAH LITTLE, et al.,

    Defendants
                            /

No. C 08-2303 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL**

      Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Answers to Contention Interrogatories," filed July 1, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

      The August 7, 2009 hearing before the undersigned is hereby VACATED.

      **IT IS SO ORDERED**.

Dated: July 2, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge