IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>        Plaintiff,<br>  v.<br><br>SARAH LITTLE, et al.,<br><br>        Defendants<br>_____/ | No. C 08-2303 MMC<br><br>**ORDER DENYING IN PART AND REFERRING IN PART PLAINTIFF'S MOTION TO EXTEND DEADLINES** |

      Before the Court is plaintiff's "Motion to Extend Deadlines to Permit Discovery Motion to Be Adjudicated," filed July 7, 2009.

      To the extent the motion seeks a one-week extension of the deadline to complete discovery and a finding that plaintiff's previously-filed motion to compel, currently pending before the Honorable Maria-Elena James, was timely filed, the motion is hereby REFERRED to Magistrate Judge James.

      To the extent the motion seeks an extension of the deadline to file dispositive motions, and a continuance of the status conference, pretrial conference, and trial dates, the motion is hereby DENIED without prejudice, for the reason plaintiff fails to identify any specific need, let alone good cause, for such relief.

      The August 14, 2009 hearing before the undersigned is hereby VACATED.

      **IT IS SO ORDERED**.

Dated: July 10, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge