# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LARY W. GREMP, | |
| Plaintiff(s), | No. C 08-02303 MMC (MEJ) |
| v. | **ORDER RE PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE** |
| SARAH LITTLE, | |
| Defendant(s). | |

This matter has been referred to the undersigned magistrate judge to consider Plaintiff's motion to extend the discovery deadline. (Dkt. #90.) Accordingly, the parties shall meet and confer in compliance with the undersigned's discovery standing order, and thereafter file either a joint letter (if a dispute exists) or a stipulation to extend the deadline (if no dispute exists).

**IT IS SO ORDERED.**

Dated: July 14, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge