```
Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER FUNDERBURK & CASTELLON LLP
2275 E. Bayshore Rd., Suite 100
Palo Alto, CA 94303
Telephone:    (650) 739-0200
Facsimile:    (650) 739-0916
```

Attorneys for Plaintiff
LARY W. GREMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>    Plaintiff,<br><br>v.<br><br>SARAH LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>    Defendants. | Case No. CV 08 2303 MMC<br><br>**STIPULATION AND** ~~[PROPOSED]~~ **ORDER**<br><br>Judge: Honorable Maxine M. Chesney |

IT IS HEREBY STIPULATED between the parties that Sarah Little may be dismissed without prejudice. Sarah Little shall have the right to apply to the court for an award of fees or costs upon disposition of the case against Sonoma County and Bill Cogbill in his capacity as Sheriff of Sonoma County, or at such time as a case against her is refiled.

STANZLER FUNDERBURK & CASTELLON LLP


By: _____
        Jordan S. Stanzler

Attorneys for Plaintiff
Lary W. Gremp

Stipulation and [Proposed] Order

GEARY SHEA O'DONNELL GRATTAN & MITCHELL

By: /s/ Raymond J. Raymond J. Fullerton
Raymond J. Fullerton

Attorneys for Defendants Sara Little, Sonoma County and Bill Cogbill in his capacity as Sheriff of Sonoma County

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Tom Blake
Tom Blake
Attorneys for Defendants Patrick Taylor and Glen Van Schaack

DATED: July 27, 2009

**IT IS SO ORDERED**

*[signature]*
United States District Court Judge

Stipulation and [Proposed] Order              2