**UNITED STATES DISTRICT COURT**

Northern District of California

LARY W. GREMP,

        Plaintiff(s),

  v.

SARAH LITTLE,

        Defendant(s).
_____/

No. C 08-02303 MMC (MEJ)

**ORDER FOR PARTIES TO FILE REVISED DISCOVERY LETTER IN COMPLIANCE WITH STANDING ORDER**

The Court is in receipt of the discovery dispute letter filed by Plaintiff Lary Gremp on July 23, 2009. (Dkt. #98.) Before addressing the substance of the letter, the Court notes that there are two procedural issues. First, the letter is not signed by defendants' counsel and, pursuant to the undersigned's discovery standing order, the Court shall not consider any letter that is not signed by both parties. Second, the letter is somewhat vague as to who is involved in the dispute. Given that certain defendants have been dismissed, and there is a pending stipulation to dismiss other defendants, the Court finds that the letter does not present the parties invovled in the dispute in such as manner as to permit a speedy resolution. Accordingly, the Court hereby ORDERS the parties to file a revised letter that (1) sets forth with clarity the parties involved in the dispute, and (2) is signed by all parties involved. **IT IS SO ORDERED.**

Dated: July 29, 2009

                                                                                         Maria-Elena James
                                                                                         Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California