Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER FUNDERBURK & CASTELLON LLP
2275 E. Bayshore Rd., Suite 100
Palo Alto, CA 94303
Telephone:    (650) 739-0200
Facsimile:    (650) 739-0916

Attorneys for Plaintiff
LARY W. GREMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP,<br><br>    Plaintiff,<br><br>    v.<br><br>SARAH LITTLE; PATRICK TAYLOR; GLENN H. VAN SCHAACK; KATHLEEN DELOE, SONOMA COUNTY and BILL COGBILL, in his capacity as Sheriff of Sonoma County,<br><br>    Defendants. | Case No. CV 08 2303 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Maxine M. Chesney |

WHEREAS, this Court has previously dismissed plaintiff's claims against Kathleen DeLoe on grounds of absolute immunity; and

WHEREAS, the plaintiff has recently dismissed claims against Sarah Little; and

WHEREAS, there are pending claims against the County and against Sheriff Bill Cogbill in his official capacity; and

WHEREAS, the claims against the County and the Sheriff are closely interrelated to the claims against Katherine DeLoe which have been dismissed; and may be derivative of those claims; and

WHEREAS, plaintiff believes that any further litigation against the County and the Sheriff may be barred or foreclosed by reason of the dismissal of the claims against DeLoe; and

WHEREAS, the plaintiff may appeal the decision dismissing the claims against

Stipulation and [Proposed] Order

1  DeLoe; and

2  NOW, therefore, for the foregoing reasons:

3  1) The claims against the County and Sheriff Bill Cogbill are hereby dismissed
4  without prejudice;

5  2) Defendants agree that if plaintiff successfully appeals the dismissal of the
6  claims against DeLoe, the plaintiff may then re-institute or re-file its claims against the County
7  and the Sheriff, notwithstanding the provisions of Rule 41 of the Federal Rules of Civil
8  Procedure, and applicable case law; and

9  3) Defendants shall have the right to apply to the court for an award of fees, costs,
10 and/or sanctions. Plaintiff does not agree that such fees, costs and/or sanctions are warranted but
11 nevertheless agrees that defendants may apply for the same.

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
    Jordan S. Stanzler

Attorneys for Plaintiff Lary W. Gremp

GEARY SHEA O'DONNELL GRATTAN & MITCHELL

By: /s/ Raymond J. Fullerton
    Raymond J. Fullerton
Attorneys for Defendants Sara Little, Sonoma County and Bill
Cogbill in his capacity as Sheriff of Sonoma County

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Tom Blake
    Tom Blake
Attorneys for Defendants Patrick Taylor and Glen Van Schaack

Stipulation and [Proposed] Order                 2

1  DATED: July 30, 2009                    **IT IS SO ORDERED**

                                           _____
                                           United States District Court Judge

Stipulation and [Proposed] Order                    3