1  EDMUND G. BROWN JR.
   Attorney General of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone: (415) 703-5506
5   Fax: (415) 703-5480
    E-mail: Tom.Blake@doj.ca.gov
6
   *Attorneys for State Defendants*
7  *Patrick Taylor and Glenn Van Schaack*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| **LARY W. GREMP,** | CV 08 2303 MMC |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF RE DISCOVERY [Civil Local Rules 7-11, 16-1]; [Proposed] ORDER SETTING MOTIONS FOR HEARING ON SEPTEMBER 11, 2009 AT 9:00 A.M.** |
| v. | Date:  September 11, 2009 |
| | Time:  ~~10:00 a.m.~~ |
| **SARAH LITTLE, et al.,** | Dept:  Courtroom 8, 19th Floor |
| Defendants. | Judge  The Hon. Maxine M. Chesney |
| | Trial Date  November 9, 2009 |
| | Action Filed:  May 2, 2008 |

   COME NOW the State Defendants, Patrick Taylor and Glenn Van Schaack, and respectfully request that the court enter an Order continuing for one week the motion for summary judgment that is now filed contemporaneously with this motion.  The State Defendants are noticing their motion for summary judgment with a hearing date of September 11, 2009, pursuant to the Court's Pretrial Preparation Order of December 22, 2008 (Docket No. 63).  The moving parties note that the order requires that the hearing be noticed for 35 days from date of filing and have complied with the order.  However, the counsel for State Defendants is required to appear at that same date and time in the matter of *Parker v. Nishiyama*, Case No. C-08-4750-CRB

                                    1

(No. Dist. Calif.). The appearance in the *Parker* matter, a motion to dismiss, was previously set by counsel for co-defendants.

Counsel have conferred concerning the dates. Plaintiff's counsel, Jordan Stanzler, agrees with the requested change. This change requires no alteration of the other dates.

## POINTS AND AUTHORITIES

## THE COURT MAY MODIFY THE CASE MANAGEMENT SCHEDULE

The Court has the authority to modify the Case Management schedule. Civil L.R. 16-2(d).

Dated: August 7, 2009

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California

\_\_\_\_\_/s/ ***Tom Blake***
TOM BLAKE
Deputy Attorney General

*Attorneys for State Defendants
Patrick Taylor and Glenn Van Schaack*

2

Admin. Motion to Continue Hearing; P&A's; [Proposed] Order     Case No. CV08 2303 MMC

**[Proposed] ORDER**

The Motions for Summary Judgment filed by both sides will be heard on September __11__, 2009 at ~~10:00 a.m.~~  9:00 a.m.  Neither motion will be heard on September 18, 2009.

Dated: August __18__, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge

3

Admin. Motion to Continue Hearing; P&A's; [Proposed] Order   Case No. CV08 2303 MMC