IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY W. GREMP, | No. C-08-2303 MMC |
| Plaintiff, | **ORDER VACATING SEPTEMBER 11, 2009 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SARAH LITTLE, et al., | |
| Defendants | |

Before the Court are two motions: (1) defendants Patrick Taylor and Glenn H. Van Schaack's Motion for Summary Judgment and/or Adjudication, filed August 7, 2009; and (2) plaintiff Lary W. Gremp's Motion for Summary Judgment and/or Adjudication, filed August 7, 2009. Both motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for September 11, 2009.

**IT IS SO ORDERED.**

Dated: September 9, 2009

MAXINE M. CHESNEY
United States District Judge