IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARY W. GREMP,

        Plaintiff,

  v.

SARAH LITTLE, et al.,

        Defedants.

    /

No. CV-08-2303 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** The First Cause of Action is dismissed without leave to amend, to the extent that it is alleged against Deloe and to the extent it is based on a claim that plaintiff's Sixth Amendment rights were violated. The Second and Third Causes of Action are dismissed without leave to amend, to the extent they are alleged against the County.

Dated: September 17, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk