IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY GREMP, | No. C 08-2303 MMC |
|     Plaintiff, | **ORDER VACATING OCTOBER 23, 2009 HEARING** |
| v. | |
| SARAH LITTLE, et al., | |
|     Defendants | |

Before the Court is defendants Sarah Little, Kathleen DeLoe, Sonoma County, and Bill Cogbill's "Motion for Prevailing Party Attorney's Fees," filed September 14, 2009 and noticed for hearing on October 23, 2009. Pursuant to the Civil Local Rules of this District, opposition was due no later than October 2, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for October 23, 2009.

**IT IS SO ORDERED.**

Dated: October 7, 2009

                                                MAXINE M. CHESNEY
                                              United States District Judge